tion to dismiss the appeal is granted as to the City of Los Angeles, and as to it the appeal is dismissed for the want of a substantial federal question. *Pawhuska* v. *Pawhuska Oil & Gas Co.*, 250 U. S. 394; *Trenton* v. *New Jersey*, 262 U. S. 182; *Williams* v. *Mayor*, 289 U. S 36, 40; *South Bend* v. *DeHaven*, 302 U. S. 644. As to the remaining appellant, further consideration of the question of the jurisdiction of this Court and of the motion to dismiss or affirm is postponed to the merits. *Messrs. Ray L. Chesebro, Frederick von Schrader, William H. Neal,* and *Bourke Jones* for appellants. *Messrs. W. B. McKesson* and *U. T. Clotfelter* for appellees.

No. —, original. Ex parte Andrew G. Turcke. October 17, 1938. Motion for leave to file petition for writ of mandamus denied.

No. —, original. Ex parte Daisy C. Tegtmeyer. October 17, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 1, original, October Term 1937. Georgia v. Tennessee Copper Co. October 17, 1938. The rule to show cause issued against the Ducktown Chemical & Iron Co. is discharged. It is ordered that costs in this cause since April 3, 1916, be taxed against the defendant, Tennessee Copper Co.

No. 359. Bowen v. Johnston, Warden. Certiorari, *post,* p. 579, to the Circuit Court of Appeals for the Ninth Circuit. October 17, 1938. *Seth W. Richardson, Esq.,* of Washington, D. C., a member of the bar of this Court, appointed to serve as counsel for the petitioner in this case.